IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

     Plaintiff,                   No. 2:12-cv-2942 AC P

     vs.

JERRY BROWN,                  ORDER &

     Defendant.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner seeking relief pursuant to 42 U.S.C. § 1983.  By order filed December 27, 2012, ECF No. 5, plaintiff was ordered to support her request for leave to proceed in forma pauperis within thirty days by submitting a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a certified copy of her prison trust account statement for the six month period immediately preceding the filing of the complaint.

        Accordingly, IT IS ORDERED that the Clerk of the Court make a random assignment of a district judge to this case.

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.
3    These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
5 days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within fourteen days after service of the objections.  The parties are
9 advised that failure to file objections within the specified time may waive the right to appeal the
10 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
11 DATED: March 14, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
tuba2942.fifp

2